671 A.2d 222

**In the Matter of Michael E. DAVIS, Petition for Reinstatement.**

**Nos. 396 and 795 Disciplinary Docket No. 2.
Nos. 56 DB 82, 78 DB 82, 25 DB 83, 74 DB 87 and 12 DB 88—Disciplinary Board.**

Supreme Court of Pennsylvania.

Jan. 31, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 31st day of January, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 11, 1995, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

ZAPPALA, J., did not participate in this matter.